UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

MONTREAL D. GREER,

    Plaintiff,

v.                                                        Case No. 25-cv-139-bhl

SGT. ANDREW POLASKI, et al.,

    Defendants.

---

## ORDER IDENTIFYING THE DOE DEFENDANTS

---

Plaintiff Montreal D. Greer, who is representing himself, is proceeding on a Fourteenth Amendment claim against Sgt. Andrew Polaski and John Does #1-4 in connection with an excessive force incident at the Racine County Jail on January 29, 2022. Dkt. Nos. 1 & 8. The Court directed Greer to use discovery to learn the real names of John Does #1-4 then file a motion to identify the Doe defendants. Dkt. No. 13. On September 17, 2025, Greer filed a motion to amend the complaint. Dkt. No. 16. Greer explains that he recently obtained the names of all the Doe defendants. *Id*. He states, "no details to the original complaint will be changed, only the names of the john does will be added." *Id*. Greer states that the real names of the Doe defendants are Ladonte J. Pittman, Trevor J. Trello, Jacob D. Thomas, Osvaldo O. Perez-Gerena, and Gerad K. Barnes. *Id*. The Court will construe Greer's motion to amend the complaint as a motion to identify the real names of the Doe defendants. Accordingly,

**IT IS HEREBY ORDERED** that Greer's motion to amend the complaint, which the Court construes as a motion to identify the doe defendants, (Dkt. No. 16) is **GRANTED**. The Clerk

shall amend the caption to reflect that the real names of John Does #1-4 are Ladonte J. Pittman, Trevor J. Trello, Jacob D. Thomas, Osvaldo O. Perez-Gerena, and Gerad K. Barnes.

**IT IS FURTHER ORDERED** that the United States Marshal shall serve a copy of the complaint and this order upon Ladonte J. Pittman, Trevor J. Trello, Jacob D. Thomas, Osvaldo O. Perez-Gerena, and Gerad K. Barnes pursuant to Federal Rule of Civil Procedure 4. Greer is advised that Congress requires the U.S. Marshals Service to charge for making or attempting such service. 28 U.S.C. §1921(a). The current fee for waiver-of-service packages is $8.00 per item mailed. The full fee schedule is provided at 28 C.F.R. §§0.114(a)(2)–(3). Although Congress requires the Court to order service by the U.S. Marshals Service precisely because *in forma pauperis* plaintiffs are indigent, it has not made any provision for these fees to be waived either by the Court or by the U.S. Marshals Service. The Court is not involved in the collection of the fee.

**IT IS FURTHER ORDERED** that Ladonte J. Pittman, Trevor J. Trello, Jacob D. Thomas, Osvaldo O. Perez-Gerena, and Gerad K. Barnes shall file a responsive pleading to the complaint.

Dated at Milwaukee, Wisconsin on September 19, 2025.

s/ *Brett H. Ludwig*
BRETT H. LUDWIG
United States District Judge
